AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00248 |
| Alexander Sheppard | ) Assigned to: Judge Meriweather, Robin M |
| DOB: XXXXXX | ) Assign Date: 2/22/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business, |
| | 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Ground, |
| | 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings, |
| | 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jason Grassie, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __02/22/2021__

*Judge's signature*

City and state:   __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*